George W. Milligan, Appellee, v. Calumet Flexicore
Corporation, a Corporation, Appellant.

Gen. No. 48,078. 

First District, Second Division.

November 22, 1960.

Seyfarth, Shaw, Farweather & Geraldson, and Thomas G. Vent, all of Chicago, for appellant; Fred L. Steers, of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.